AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-02670 |
| RYAN COHEN | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Ryan Cohen

Date: 10/11/2024

*Attorney's signature*

W. Todd Miller (D.C. Bar No. 414930)
*Printed name and bar number*

BAKER & MILLER PLLC
2401 Pennsylvania Avenue, NW Suite 300
Washington, DC 20037
*Address*

tmiller@bakerandmiller.com
*E-mail address*

(202) 663-7820
*Telephone number*

(202) 663-7849
*FAX number*