UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>       *Plaintiff*,<br><br>v.<br><br>RYAN COHEN<br><br>       *Defendant*. | Civil Action No. 1:24-cv-02670 |

**CERTIFICATION OF COMPLIANCE WITH TUNNEY ACT
REQUIREMENTS ON BEHALF OF DEFENDANT RYAN COHEN**

  Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g) (the "Tunney Act"), Defendant Ryan Cohen, by his attorneys, hereby submits that Ryan Cohen has not engaged in any written or oral communications with any officer or employee of the United States concerning or relevant to the proposed Final Judgment filed in this action on September 18, 2024.  In accordance with Section 2(g), this attestation excludes any communications by outside counsel alone with employees of the Attorney General or the employees of the Department of Justice alone.

  Pursuant to 28 U.S.C. § 1746, we certify under penalty of perjury that the foregoing is true and correct.

  Executed on October 11, 2024.

Respectfully submitted,         FOR DEFENDANT RYAN COHEN

                     /s/ W. Todd Miller
                     W. Todd Miller (D.C. Bar No. 414930)
                     BAKER & MILLER PLLC
                     2401 Pennsylvania Avenue, NW Suite 300
                     Washington, DC 20037
                     Telephone: 202-663-7820
                     tmiller@bakerandmiller.com