# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff,* | ) |
| v. | ) Civil Case No. 24-2670 (RJL) |
| RYAN COHEN, | ) |
| *Defendant.* | ) |

## ORDER
May 15th, 2025 [Dkt. #6]

Having reviewed the United States of America's Unopposed Motion for Entry of Final Judgment [Dkt. #6], the Competitive Impact Statement, and the entire record, the Court finds that the proposed Final Judgment is in the public interest. It is hereby

**ORDERED** that the United States of America's Unopposed Motion for Entry of Final Judgment is **GRANTED**. The Final Judgment will be entered as proposed.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge